1  Julie L. Trester, 013107
2  Gary L. Gassman, SBN 032271
   COZEN O'CONNOR
3  123 North Wacker Drive, Suite 1800
   Chicago, IL 60606
4  Telephone: 312.474.7900
   Toll Free Phone: 877.992.6036
5  Facsimile: 312.382.8910

6  *Attorneys for Sonesta International Hotels Corporation*

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF ARIZONA**

10  DONNA A. McDUFF,                    )
                                        )   Case No.: 22-cv-
11          Plaintiff,                  )
                                        )
12      v.                              )
                                        )
13  SONESTA INTERNATIONAL HOTELS        )   **REMOVED FROM THE SUPERIOR**
    CORPORATION, a Maryland corporation )   **COURT OF STATE OF ARIZONA,**
14  dba SONESTA ES SUITES; JOHN DOE     )   **COCONINO COUNTY**
    AND JANE DOE EMPLOYEE; JOHN         )
15  DOES I-V; JANE DOES I-V; fictitious )   **Case No.: S0300CV202200545**
    individual; ABC CORPORATIONS and/or )
16  PARTNERSHIPS and/or SOLE            )
    PROPRIETORSHIPS and/or JOINT        )
17  VENTURES, I-X; fictitious entitles, )
                                        )
18          Defendants.                 )
                                        )
19  _____ )

20                       **NOTICE OF REMOVAL**

21          Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, Defendant, SONESTA

22  INTERNATIONAL HOTELS CORPORATION ("SONESTA"), hereby removes this

23  action to the United States District Court for the District of Arizona. In support of its Notice

24  of Removal, SONESTA states the following:

25                **State Court Action and Timely Removal**

26          1.      On November 9, 2022, Plaintiff, Donna A. McDuff ("PLAINTIFF") filed

27  Case No. S0300CV202200545 in the Superior Court of Coconino County, Arizona. A true

28  and accurate copy of Plaintiff's complaint is attached as Exhibit A.

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

2.     The complaint alleges negligence and premises liability arising out of PLAINTIFF's alleged trip and fall at a hotel owned and operated by SONESTA. Ex. A.

3.     SONESTA received the complaint on November 29, 2022 and the removal, which is occurring within 30 days of SONESTA's receipt of the complaint, is therefore timely under 28. U.S.C. § 1446(b)(1).

**Complete Diversity Exists**

4.     At all times relevant, PLAINTIFF was a resident of Maricopa County, Arizona. Ex. A, ¶ 3.

5.     At all times relevant, SONESTA was a citizen of Maryland, with its principal place of business in Newton, Massachusetts. *See* Declaration of Gary Gassman, attached as Exhibit B.

6.     The underlying lawsuit is between a plaintiff-citizen of Arizona and a defendant-citizen of Maryland and Massachusetts and therefore, complete diversity exists between the parties pursuant to 28. U.S.C. § 1332(a)(1).

**Amount in Controversy**

7.     28 U.S.C. § 1446(c)(2)(A)(ii) permits a defendant to assert the amount in controversy where the amount is not stated in the state court pleading.

8.     PLAINTIFF'S complaint alleges that the actions is claiming more than $50,000 and less than $300,000 in damages.  Ex. A, ¶ 2.

9.     PLAINTIFF seeks an award of medical and related expenses incurred to date and future medical expenses; reasonable value of mileage expense; reasonable value of PLAINTIFF'S current and future loss of income and earning capacity; past and future loss of earnings; and costs and expenses incurred in bringing the action.  Exhibit A.

10.     The district court determines whether defendant has met this burden by first considering whether it is "facially apparent" from the complaint that the jurisdictional amount has been satisfied.  *Singer v. State Farm Mut. Auto. Ins. Co.,* 116 F.3d 373, 377 (9th Cir.1997).  If the complaint does not clearly specify damages, the court may examine facts in the complaint and evidence submitted by the parties. *Matheson v. Progressive Specialty*

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

*Ins. Co.,* 319 F.3d 1089, 1091 (9th Cir. 2003). A settlement letter may provide a reasonable estimate of plaintiff's claim. *See Cohn v. Petsmart*, Inc., 281 F.3d 837, 840 (9th Cir. 2002) (a settlement letter is relevant evidence of the amount in controversy if it reflects a reasonable estimate of the plaintiff's claim). Prior to filing suit, Plaintiff made a settlement demand in excess of $75,000 to resolve her claims against SONESTA. Exhibit B.

11.     Therefore, the amount in controversy exceeds $75,000 and satisfies 28 U.S.C. § 1332(a)(1).

**<u>Notice to Plaintiff and State Court</u>**

12.     A Notice of Filing of this Notice of Removal will be filed with the Superior Court of Coconino County, Arizona contemporaneously with the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446(b), and written notice of the filing of this Notice of Removal will be served upon PLAINTIFF'S counsel. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit C.

13.     SONESTA demands a trial by jury on all issues triable by jury.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, Defendant, SONESTA INTERNATIONAL HOTELS CORPORATION, removes this case to the United States District Court for the District of  Arizona, for all further proceedings in this matter.

Dated: December 19, 2022                    Respectfully submitted,

                                            /s/  *Julie L. Trester*
                                            Julie L. Trester, Esquire, 013107
                                            (jtrester@cozen.com)
                                            Gary L. Gassman, Esquire, SBN 032271
                                            (ggassman@cozen.com)
                                            123 North Wacker Drive, Suite 1800
                                            Chicago, IL  60606
                                            Telephone: 312-474-7900
                                            Fax: 312-706-9708
                                            *Attorneys for Defendant*
                                            *Sonesta International Hotels Corporation*

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

## CERTIFICATE OF SERVICE

I, Julie L. Trester, hereby certify that on December 20, 2022, I filed Defendant SONESTA INTERNTIONAL HOTEL COPRORATION's Notice of Removal with the United States District Court for the District of Arizona using the Court's ECF filing system and that all counsel of record be served via certified and electronic mail.

/s/      *Julie L. Trester*
Julie L. Trester
Gary L. Gassman
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
jtrester@cozen.com
ggassman@cozen.com
*Attorney for Defendant*
*Sonesta International Hotel Corporation*

4
NOTICE OF REMOVAL



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 25977765**
**Date Processed: 12/01/2022**

| | |
|---|---|
| **Primary Contact:** | Jennifer Clark<br>The RMR Group LLC<br>255 Washington St<br>Ste 300<br>Newton, MA 02458-1634 |
| **Electronic copy provided to:** | Camille Balletto |

| | |
|---|---|
| **Entity:** | Sonesta International Hotels Corporation<br>Entity ID Number  3081376 |
| **Entity Served:** | Sonesta International Hotels Corporation, dba Sonesta Es Suites |
| **Title of Action:** | Donna A McDuff vs. Sonesta International Hotels Corporation, dba Sonesta Es Suites |
| **Matter Name/ID:** | Donna A McDuff vs. Sonesta International Hotels Corporation, dba Sonesta Es Suites (13278890) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Coconino County Superior Court, AZ |
| **Case/Reference No:** | S0300CV202200545 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 11/29/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Goldberg & Osborne<br>602-808-6300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT A

Person/Attorney Filing: Amanda L Boardman
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6331X6331
E-Mail Address: aboardman@goldbergandosborne.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 030061, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCONINO

Donna A McDuff
Plaintiff(s),
v.
Sonesta International Hotels
Corporation, DBA Sonesta Es Suites
Defendant(s).

Case No. | S0300CV202200545

**SUMMONS**

To: Sonesta International Hotels Corporation, DBA Sonesta Es Suites

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 200 N. San Francisco
   St., Flagstaff, Arizona 86001 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZturboCourt.gov Form Set #7364573

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCONINO

SIGNED AND SEALED this date:*November 9, 2022*

*Valerie Wyant*
Clerk of Superior Court

By:*LECLARK*
Deputy Clerk



2

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
11/09/2022 11:23AM
BY: LECLARK
DEPUTY

Case No.: S0300CV202200545
HON.  TED REED

1  **GOLDBERG & OSBORNE**
2  2815 S. Alma School Rd., #122
   Mesa, Arizona 85210
3  Phone: (602) 808-6300
4  **Amanda L. Boardman #030061**
   aboardman@1800theeagle.com
5  *Attorney for Plaintiff*

6          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
7
8            **IN AND FOR THE COUNTY OF COCONINO**

9  DONNA A. MCDUFF, an individual,          NO: _____

10                     Plaintiff,
11  vs.                                      **COMPLAINT**

12  SONESTA INTERNATIONAL HOTELS             (Premises Liability)
13  CORPORATION, a Maryland corporation
    dba SONESTA ES SUITES; JOHN DOE
14  AND JANE DOE EMPLOYEE; JOHN              **TIER II**
15  DOES I-V;  JANE DOES I-V, fictitious
    individuals; ABC CORPORATIONS and/or
16  PARTNERSHIPS and/or SOLE
17  PROPRIETORSHIPS and/or JOINT
    VENTURES, I-X; fictitious entities.
18                     Defendants.

19
20        Plaintiff, DONNA A. MCDUFF, by and through counsel undersigned, for her
21
    Complaint, alleges as follows:
22
23  1.     Venue and jurisdiction are proper in Coconino County, Arizona.

24  2.     Discovery Tier: Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3) the
25
    Court should assign this case to the following tier based on the amount of damages
26
27  requested.

28        ☐      Tier 1 = Actions claiming $50,000.00 or less in damages.

-1-

☒   Tier 2 = Actions claiming more than $50,000.00 and less than

$300,000.00 in damages, or actions claiming non-monetary relief.

☐   Tier 3 = Actions claiming $300,000.00 or more in damages.

3.      Plaintiff Donna A. McDuff is a resident of Maricopa County, Arizona.

4.      Upon information and belief, Defendant Sonesta International Hotels Corporation is a Maryland corporation doing business as Sonesta ES Suites and is authorized to do and is doing business in the State of Arizona and caused an event to occur in Arizona that is the subject of Plaintiff's Complaint herein.

5.      Upon information and belief, Defendant Sonesta International Hotels Corporation is in the business of owning and operating hotels.

6.      Upon information and belief, JOHN DOE EMPLOYEE and JANE DOE EMPLOYEE, were a married couple at all times relevant hereto and residents of Coconino County, Arizona. The true identity of JOHN DOE EMPLOYEE and JANE DOE EMPLOYEE are presently unknown to Plaintiff, and Plaintiff will seek leave to amend her Complaint when their true identities are ascertained. Upon information and belief, at all times alleged herein, Defendant JOHN DOE EMPLOYEE was acting individually and on behalf of any furtherance of his marital community with JANE DOE EMPLOYEE.

7.      Upon information and belief, Plaintiff alleges that at the time of the events set forth in this Complaint, Defendants JOHN DOE EMPLOYEE and JANE DOE EMPLOYEE were employees, servants and/or agents of Defendant Sonesta International Hotels Corporation and was acting within the course and scope of employment or under their

-2-

direction and control, or under such circumstances as to justify imputing responsibility for the careless and/or negligent and/or reckless acts complained of herein to Defendants under the principles of respondeat superior.

8.      All acts complained of herein occurred in furtherance of the Defendants' marital community. Defendants JOHN and JANE DOES I through V, ABC CORPORATIONS I-X and/or PARTNERSHIPS I-X are corporations, business entities, persons, agents servants or employees whose true names are not now known to Plaintiff. To the extent of discovery to be conducted, Plaintiff alleges that JOHN and JANE DOES I through V, ABC CORPORATIONS I-X and/or PARTNERSHIPS I-X are residents of the County of Coconino, State of Arizona and they caused events to occur in the State of Arizona out of which Plaintiff's cause of action arose. Plaintiff requests leave of Court to amend the Complaint once the true identities of these Defendants become known to Plaintiff.

9.      The Plaintiff is informed, believes and thereupon alleges that the Defendants designated as Does I-V and/or ABC CORPORATIONS I-X and/or PARTNERSHIPS I-X, inclusive, are anyone of the following:

        a.      Parties responsible in some manner for the events and happenings herein referred to that caused injuries and damages proximately thereby to the Plaintiff as herein alleged.

        b.      Parties that are the agents, servants, employees and/or contractors of the Defendants, each of them acting within the course and scope of their agency, employment or contract.

c.      Parties that own, lease, manage, operate, secure, inspect, repair, maintain and/or are responsible for the Defendants vehicle and/or business referred to hereinafter; or

d.      Parties that have assumed or retained liabilities if any of the Defendants by virtue of agreement, sale, transfer or otherwise.

10.     The corporate Defendants, if any, are believed to be authorized, and are doing business in Arizona.

11.     The amount of controversy satisfies the jurisdiction requirements of the Superior Court.

## **GENERAL ALLEGATIONS**

12.     Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 11 above as though fully set forth herein.

13.     Upon information and belief, Defendant Sonesta International Hotels Corporation (hereinafter "Sonesta ES Suites) is the owner of the real property located at 1400 North Country Club Drive, Flagstaff, Arizona 86004 more commonly known, and doing business as Sonesta ES Suites.

14.     On November 13, 2020, Plaintiff was a business invitee at Sonesta ES Suites.

15.     On said date, Plaintiff was walking from the hotel room to her vehicle when she tripped and fell on the outdoor concrete slab walkway. As a result, Plaintiff sustained serious personal injuries.

///

## <u>COUNT I – NEGLIGENCE</u>

16.     Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 15 as though fully set forth herein.

17.     The trip and fall occurred in a common area owned, controlled, managed, and maintained by the Defendants.

18.     The Defendants were responsible for the premises, including, without limitation, the maintenance and upkeep of the premises.

19.     At the time of the incident, Defendant JOHN DOE AND JANE EMPLOYEE was acting in the course and scope of his employment with Defendants.

20.     Defendants are legally responsible for the acts of Defendant JOHN DOE AND JANE DOE EMPLOYEE under the doctrine of respondeat superior.

21.     Defendants negligently performed their duties, including, but not limited to failing to repair and/or maintain their walkways for an unreasonably long period of time.

22.     The incident was caused by the negligent and careless manner in which the Defendants failed to maintain the premises, failed to warn the Plaintiff of the unreasonably dangerous condition, failed to inspect the premises for unreasonably dangerous conditions, and failed to take reasonable measures to protect the Plaintiff from the dangerous condition.

23.     The premises and/or area were defective and unreasonably dangerous at the time of Plaintiff's trip and fall and the defective premises and/or area caused Plaintiff the injuries set forth herein.

24.     The Defendants, in whole or part, were in control and legally responsible for the premises, including and without limitation, the area where Plaintiff's fall occurred and were responsible for the dangerous condition present on the premises.

## <u>COUNT II – PREMISES LIABILITY</u>

25.     Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 24 as though fully set forth herein.

26.     The Defendants knew or should have known of the unreasonably dangerous condition of the walkway.

27.     Defendants are charged with notice by virtue of that agency.

28.     Defendants failed to repair the unsafe sidewalk, failed to maintain the premises, failed to warn the Plaintiff of the unreasonably dangerous condition, failed to inspect the premises for unreasonably dangerous conditions, and failed to take reasonable measures to protect the Plaintiff and its business invitees.

29.     Defendants are liable for Plaintiff's injuries occurring as a result of Plaintiff's trip and fall on the defective walkway on their premises.

## <u>COUNT III - DAMAGES</u>

30.     Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 29 as though fully set forth herein.

31.     As a direct and proximate result of the wrongful acts of Defendants, Plaintiff sustained injuries which have resulted in considerable pain, suffering, inconvenience, permanent scarring, functional impairment, disfigurement, emotional distress, and loss of enjoyment of life, loss of income, and may cause future pain and suffering.

32.    As a further direct and proximate result of the negligence of Defendants, Plaintiff has incurred medical and related expenses for care and treatment and may incur such expenses in the future.

33.    As a further direct and proximate result of Defendants' negligence, Plaintiff has incurred mileage expenses from traveling to and from appointments with medical providers.

34.    As a further direct and proximate result of the negligence of Defendants, Plaintiff has lost earnings and may incur a future impairment to earning capacity.

**WHEREFORE**, Plaintiff requests judgment against Defendants, as follows:

1.    For general damages in a fair and reasonable amount.

2.    For the reasonable value of Plaintiff's medical and related expenses incurred to date and any future expenses.

3.    For the reasonable value of Plaintiff's mileage expenses.

4.    For the reasonable value of Plaintiff's current and future loss of income and earning capacity.

5.    For Plaintiff's past and future loss of earnings.

6.    For Plaintiff's costs and expenses incurred to date, and to be incurred in the future in this action; and

7.    For such other and further relief that the Court deems just and proper.

///

DATED this 9th day of November, 2022.

**GOLDBERG & OSBORNE**

/s/ Amanda Boardman

Amanda L. Boardman, Esq.
*Attorney for Plaintiff*

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
11/09/2022 11:23AM
BY: LECLARK
DEPUTY

Case No.: S0300CV202200545
HON. TED REED

Person/Attorney Filing: Amanda L Boardman
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6331X6331
E-Mail Address: aboardman@goldbergandosborne.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 030061, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

Donna A McDuff
Plaintiff(s),
v.
Sonesta International Hotels
Corporation, DBA Sonesta Es Suites
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Coconino County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Amanda L Boardman /s/
Plaintiff/Attorney for Plaintiff

1  Julie L. Trester, 013107
2  Gary L. Gassman, SBN 032271
   COZEN O'CONNOR
3  123 North Wacker Drive, Suite 1800
   Chicago, IL  60606
4  Telephone: 312.474.7900
   Toll Free Phone: 877.992.6036
5  Facsimile: 312.382.8910

6  *Attorneys for Sonesta International Hotels Corporation*

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE DISTRICT OF ARIZONA**

10 DONNA A. McDUFF,                      )
                                         )  Case No.: 22-cv-
11          Plaintiff,                   )
                                         )
12    v.                                 )
                                         )
13 SONESTA INTERNATIONAL HOTELS          )  **REMOVED FROM THE SUPERIOR**
   CORPORATION, a Maryland corporation   )  **COURT OF STATE OF ARIZONA,**
14 dba SONESTA ES SUITES; JOHN DOE       )  **COCONINO COUNTY**
   AND JANE DOE EMPLOYEE; JOHN           )
15 DOES I-V; JANE DOES I-V; fictitious   )  **Case No.: S0300CV202200545**
   individual; ABC CORPORATIONS and/or   )
16 PARTNERSHIPS and/or SOLE              )
   PROPRIETORSHIPS and/or JOINT          )
17 VENTURES, I-X; fictitious entitles,   )
                                         )
18          Defendants.                  )
                                         )
19 _____–

20            <u>**DECLARATION OF GARY L. GASSMAN**</u>

21 I, Gary L. Gassman, declare as follows:

22        1.    I am a citizen of the United States of America, over the age of eighteen (18)

23 years, and I am fully qualified and competent to make this Declaration.

24        2.    I am one of the attorneys for Defendant, SONESTA INTERNATIONAL

25 HOTELS CORPORATION ("SONESTA") in this matter.  I have personal knowledge of

26 the facts set forth in this Declaration.

27

28

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

**EXHIBIT B**

3.      Attached as Exhibit "1" to this Declaration is a true and accurate copy of a print-out from the Secretary of the Commonwealth of Massachusetts related to SONESTA'S corporate citizenship.

4.      Prior to filing suit, Plaintiff, DONNA A. MCDUFF made a demand in excess of $75,000 to settle her claims against SONESTA which are the basis of her lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2022.

/s/      *Gary L. Gassman*
Gary L. Gassman, Esquire, SBN 032271
(ggassman@cozen.com)
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: 312-474.7900
Fax: 312-706-9708
*One of the Attorneys for Defendant*
*Sonesta International Hotels Corporation*

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

2

**EXHIBIT B**

# Corporations Division

## Business Entity Summary

**ID Number: 001064628**

Request certificate     New search

**Summary for:  SONESTA INTERNATIONAL HOTELS CORPORATION**

| |
|---|
| **The exact name of the Foreign Corporation:**  SONESTA INTERNATIONAL HOTELS CORPORATION |
| **The name was changed from:** SONESTA ACQUISITION CORP. **on** 02-22-2012 |
| **Entity type:**  Foreign Corporation |
| **Identification Number:** 001064628          **Old ID Number:** |
| **Date of Registration in Massachusetts:** 11-07-2011 |
| **Last date certain:** |
| **Organized under the laws of: State:** MD **Country:** USA **on:** 10-31-2011 |
| **Current Fiscal Month/Day:** 09/30          **Previous Fiscal Month/Day:** 09/30 |

| |
|---|
| **The location of the Principal Office:** |
| Address:  400 CENTRE STREET |
| City or town, State, Zip code, Country:          NEWTON,   MA   02458   USA |

| |
|---|
| **The location of the Massachusetts office, if any:** |
| Address: |
| City or town, State, Zip code, Country: |

| |
|---|
| **The name and address of the Registered Agent:** |
| Name:    CORPORATION SERVICE COMPANY |
| Address: 84 STATE ST. |
| City or town, State, Zip code, Country:          BOSTON,   MA   02109   USA |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | JOHN G MURRAY | TWO NEWTON PLACE, 255 WASHINGTON STREET NEWTON, MA 02458 USA |
| TREASURER | STEPHEN P MIANO | 400 CENTRE STREET NEWTON, MA 02458 USA |
| SECRETARY | JENNIFER B CLARK | 400 CENTRE STREET NEWTON, MA 02458 USA |
| VICE PRESIDENT | BRADFORD P MAXWELL | 400 CENTRE STREET NEWTON, MA 02458 USA |
| VICE PRESIDENT | KEITH J PIERCE | 400 CENTRE STREET NEWTON, MA 02458 USA |

| VICE PRESIDENT | VERA N MANOUKIAN | 400 CENTRE STREET NEWTON, MA 02458 USA |
| DIRECTOR | ADAM D PORTNOY | 400 CENTRE STREET NEWTON, MA 02458 USA |
| DIRECTOR | JENNIFER B CLARK | 400 CENTRE STREET NEWTON, MA 02458 USA |
| DIRECTOR | JOHN G MURRAY | TWO NEWTON PLACE, 255 WASHINGTON STREET NEWTON, MA 02458 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
| | | No. of shares | Total par value | No. of shares |
| --- | --- | --- | --- | --- |
| | | | | |

☐ **Consent**     ☐ **Confidential Data**     ☐ **Merger Allowed**     ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Consolidation – Foreign and Domestic

[ View filings ]

**Comments or notes associated with this business entity:**

[ New search ]

Julie L. Trester, 013107
Gary L. Gassman, SBN 032271
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.474.7900
Toll Free Phone: 877.992.6036
Facsimile: 312.382.8910

*Attorneys for Sonesta International Hotels Corporation*

SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

DONNA A. McDUFF, an individual,

      Plaintiff,

      v.

SONESTA INTERNATIONAL HOTELS
CORPORATION, a Maryland corporation
dba SONESTA ES SUITES; JOHN DOE
AND JANE DOE EMPLOYEE; JOHN
DOES I-V; JANE DOES I-V; fictitious
individual; ABC CORPORATIONS and/or
PARTNERSHIPS and/or SOLE
PROPRIETORSHIPS and/or JOINT
VENTURES, I-X; fictitious entitles,

      Defendants.

Case No.: S0300CV202200545

**SONESTA INTERNATIONAL
HOTELS CORPORATION'S
NOTICE OF FILING NOTICE OF
REMOVAL**

PLEASE TAKE NOTICE that Defendant, SONESTA INTERNATIONAL HOTELS
COPRORATION ("Sonesta"), has on this date filed a Notice of Removal of this case from the
Superior Court of Coconino County, Arizona, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,
containing a statement of facts which entitle this matter to be removed to the United States District
Court for the District of Arizona. The grounds for this removal are set forth in the Notice of
Removal, a copy of which is attached as Exhibit "1," which includes a copy of the Complaint that
was served upon Defendant.

LEGAL\60787592\1

EXHIBIT C

1  DATED:  December 20, 2022          COZEN O'CONNOR

2

3                                     By: *Julie L. Trester*
                                          Julie L. Trester, Esq., 013107
4                                         Gary L. Gassman, Esq., SBN 032271

5                                     *Attorney for Sonesta International Hotels*
                                      *Corporation*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

2

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I, Julie L. Trester, hereby certify that on December 20, 2022, I caused to be served a true a

3

nd correct copy of the foregoing Notice of Filing Notice of Removal upon the following counsel vi

4

a email, with a copy also sent via regular US Mail:

5

6

    Amanda L. Boardman
    Goldberg & Osborne

7

    2815 S. Alma School Rd, #122
    Mesa, Arizona 85210

8

    aboardman@1800eagle.com

9

10

                                By: *Julie L. Trester*

11

                                    Julie L. Trester, Esq., 013107

12

                                    Gary L. Gassman, Esq., SBN 032271

13

                                    *Attorney for Sonesta International Hotels*
                                    *Corporation*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606

3

LEGAL\60787592\1